904

No. 193, Misc. HALEY v. PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *Francis Fisher Kane* for petitioner.

No. 194, Misc. ELLARD v. NEW HAMPSHIRE. Supreme Court of New Hampshire. Certiorari denied. *Jonathan Piper* for petitioner. *Ernest R. D'Amours,* Attorney General of New Hampshire, for respondent.

No. 227, Misc. BRITE ET AL. v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 251, Misc. FOLEY v. RAGEN, WARDEN. Circuit Court of Sangamon County, Illinois. Certiorari denied.

No. 252, Misc. TIPESCU v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 253, Misc. BERRY v. FLORIDA. Supreme Court of Florida. Certiorari denied. *John R. Parkhill* for petitioner.

No. 254, Misc. FARMER v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 255, Misc. HATHAWAY v. NIERSTHEIMER, WARDEN. Circuit Court of Alexander County, Illinois. Certiorari denied.

No. 256, Misc. MILBURN v. NIERSTHEIMER, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 261, Misc. DZAN v. RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.